GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
ADAM M. RAPP, Bar No. 280824
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone:  (925) 210-2800
Facsimile:  (925) 945-1975
Email:  amortl@glynnfinley.com
        arapp@glynnfinley.com

Attorneys for Defendants
Corteva, Inc. and Dow Agrosciences LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CORTEVA, INC. &<br>DOW AGROSCIENCES LLC<br><br>　　　　　Defendant. | **Case No. 19-cv-08277-JSW**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED |

1        Defendants Corteva, Inc. and Dow Agrosicences LLC ("Defendants"), on the one hand,

2   and Plaintiff Communities for a Better Environment ("Plaintiff"; collectively, the "Parties")

3   hereby enter into the following stipulation pursuant to the Court's Order of February 26, 2020

4   (Dkt. 13).

5        WHEREAS, the Court has set an initial case management conference in this action for

6   March 20, 2020 at 11:00 a.m.; and

7        WHEREAS, neither counsel of record for Defendants is available to attend a conference

8   at that date and time due to preexisting schedule conflicts; and

9        WHEREAS, to accommodate attendance of counsel at this conference and recognizing

10  that no prejudice to the parties will result therefrom;

11       NOW, THEREFORE, the Parties hereby stipulate that, upon order of the Court, the

12  currently scheduled case management conference shall be continued from March 20, 2020 to

13  **April 3, 2020 at 11:00 a.m.**, or a date thereafter convenient for the Court, in Courtroom 5, 2nd

14  Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

15  Dated: March 10, 2020                    GLYNN & FINLEY, LLP

16                                          By   */s/ Andrew T. Mortl*
                                                 Attorneys for Defendants
17                                               Corteva, Inc. and
                                                 Dow Agrosciences LLC
18
19  Dated: March 10, 2020                   ENVIRONMENTAL ADVOCATES

20
21                                          By   */s/ Christopher Sproul*
                                                 Attorneys for Plaintiff
                                                 Communities for a Better
22                                               Environment

23

24

25

26

27

28

- 1 -

STIPULATION AND [~~PROP~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

- 2 -

1                                **[PROPOSED] ORDER**

2      Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS

3  HEREBY ORDERED that the currently scheduled case management conference in this action is

4  CONTINUED from March 20, 2020 to **April ~~3~~ 24, 2020 at 11:00 a.m.**, in Courtroom 5, 2nd Floor,

5  Federal Courthouse, 1301 Clay Street, Oakland, California.

8    Dated: March _11_, 2020         _/s/ Jeffrey S. White_
                                      HON. JEFFREY S. WHITE
9                                     UNITED STATES DISTRICT JUDGE